IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSE LARIOS US, | : | |
|     Petitioner | : | |
| | : | No. 1:17-cv-02403 |
| v. | : | |
| | : | (Judge Rambo) |
| CLAIRE DOLL, | : | |
|     Respondent | : | |

## ORDER

**AND NOW**, on this 20th day of March 2018, for the reasons set forth in this Court's accompanying Memorandum, **IT IS ORDERED THAT**:

1. The petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. No. 1), is **DENIED without prejudice** to Petitioner filing another § 2241 petition should he develop good reason to believe that removal is no longer reasonably foreseeable; and

2. The Clerk of Court is directed to **CLOSE** this case.

                                                       s/Sylvia H. Rambo
                                                     SYLVIA H. RAMBO
                                                     United States District Judge